Veronica Anzalone Smith, Grove City, for Mark K. Hoak.

James P. Epstein, Mercer, for Com. of Pennsylvania.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO and NEWMAN, JJ.

### ORDER

PER CURIAM:

AND NOW, this 19th day of August, 1999, the Court being evenly divided, the Order of the Superior Court is affirmed.

Justices CAPPY, CASTILLE and NEWMAN would affirm.

Chief Justice FLAHERTY and Justices ZAPPALA and NIGRO would reverse.

Justice SAYLOR did not participate in the consideration or decision of this case.

COMMONWEALTH of Pennsylvania, Appellant,

v.

**Robert Laverne RICKABAUGH, Appellee.**

Supreme Court of Pennsylvania.

Submitted Aug. 9, 1999.
Decided Sept. 8, 1999.

Jackie Atheron Bernard, Duncansville, for Com.

Andrea F. McKenna, Harrisburg, for Com.-Intervenor.

John F. Siford, Pittsburgh, for Robert L. Rickabaugh.

Karl Baker, Philadelphia, Gary Neil Asteak, Easton, Stefan Presser, Philadelphia, for Amicus Curiae.

Before FLAHERTY, C.J., and ZAPPALA, CAPPY, CASTILLE, NIGRO, NEWMAN and SAYLOR, JJ.

### ORDER

PER CURIAM.

Based upon our disposition in *Commonwealth v. Williams*, —— Pa. ——, 733 A.2d 593 (1999), we affirm the Order of the Blair County Court of Common Pleas dated February 13, 1998. Furthermore, we remand the matter to the common pleas court for disposition of any remaining issues.

Jurisdiction is relinquished.